THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD NANCE, Appellant.

The trial court honored the promises it had made by offering the defendant the opportunity to withdraw his plea (*People v Selikoff,* 35 NY2d 227, 235, 238, *cert denied* 419 US 1122). As to the predicate felony, the court was not required to conduct a hearing pursuant to CPL 400.15 (5), merely because defendant claimed the inadequacy of the factual recitation, involving one of his pleas of guilty. Such a challenge is "to be distinguished from a challenge based on constitutional grounds" (*People v*

*Perkins,* 89 AD2d 956; *People v Grimes,* 94 AD2d 957; *cf. People v Frett,* 79 AD2d 991; *People v Hubbard,* 71 AD2d 924). A factual basis inquiry is only one means of assuring that a guilty plea is voluntary and intelligent, but is not a constitutional requirement in itself (*Willbright v Smith,* 745 F2d 779). Lazer, J. P., O'Connor, Weinstein, and Brown, JJ., concur.